UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**LORENZO JAMES BRIHM,**<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Possession of a Firearm by a Prohibited Person)

1. On or about July 3, 2022, in the Southern District of Ohio, the defendant, **LORENZO JAMES BRIHM**, knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Smith & Wesson 9mm pistol, bearing serial number FZP9185, and the firearm was in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

### COUNT TWO
### (Possession of Ammunition by a Prohibited Person)

2. On or about July 3, 2022, in the Southern District of Ohio, the defendant, **LORENZO JAMES BRIHM**, knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, a Norma Precision 9mm bullet, and the ammunition was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

*/s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

DAVID J. TWOMBLY (0092558)
Assistant United States Attorney

KEVIN W. KELLEY (0042406)
Assistant United States Attorney

2